1234

No. 12–8053.  RICHTER v. ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 12–8056.  FULLER v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 12–8057.  HOUSTON v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 12–8059.  BROWN v. ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 12–8060.  BRAMMER v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 12–8064.  MOFFIT v. MACLAREN, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 12–8080.  CONNER v. WARREN, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 12–8082.  BRELAND v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 12–8101.  CHRISTIAN v. COUNTY OF LOS ANGELES, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–8106.  DIAZ v. MCEWEN, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–8111.  PRUITT v. ILLINOIS.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 12–8114.  DUNCAN v. TEXAS.  Ct. App. Tex., 14th Dist. Certiorari denied.

No. 12–8117.  JONES v. MCDANIEL ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 12–8122.  BIBBS v. TEXAS.  Ct. App. Tex., 7th Dist.  Certiorari denied.

No. 12–8123.  BROOKS v. MEDINA, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 12–8125.  STEWART v. SINCLAIR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.